**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Derrick D. KING, a.k.a. Dirty Red,**
**a.k.a. Dirt, Defendant–**
**Appellant.**

No. 10–11865
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 4, 2011.

R. Brian Tanner, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

J. Edward Enoch, Jr., J. Edward Enoch, P.C., Augusta, GA, for Defendant–Appellant.

Before EDMONDSON, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

J. Edward Enoch, Jr., appointed counsel for Derrick D. King in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and King's conviction and sentence are **AFFIRMED.**